UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60286-CIV-BLOOM/Valle

LUIS SIERRA,

     Plaintiff,

vs.

MARSHALL & GREGORY VI, LLC
d/b/a THE DUTCH POT JAMAICAN
RESTAURANT, and HRS 2484, LLC,

     Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LUIS SIERRA, and Defendants, MARSHALL & GREGORY VI, LLC d/b/a THE DUTCH POT JAMAICAN RESTAURANT, and HRS 2484, LLC, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, with this Court retaining jurisdiction for enforcement purposes, as the parties have amicably settled this matter. Each party shall bear his/its own attorneys' fees and costs except as otherwise stated in the parties' agreement.

AGREED and STIPULATED on this 23rd day of March, 2017.

| | |
|---|---|
| */s/ Jessica L. Kerr*_____ | */s/ Sunito M. Leslie*_____ |
| Jessica L. Kerr, Esquire | Sunito M. Leslie, Esquire |
| Florida Bar No. 92810 | Florida Bar No. 0096943 |
| */s/ Jaci R. Mattocks*_____ | **SUNITO M. LESLIE, P.A.** |
| Jaci R. Mattocks, Esquire | 3350 SW 148th Avenue, Suite 110 |
| Florida Bar No. 115765 | Miramar, FL 33027 |
| **The Advocacy Group** | Telephone: (954) 369-5519 |
| 333 Las Olas Way, CU3 Suite 311 | Facsimile: (954) 241-6891 |
| Fort Lauderdale, FL 33301 | Email: sunito@smleslielaw.com |
| Telephone: (954) 282-1858 | *Counsel for Defendant* |
| Email: service@advocacypa.com | |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of March 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jessica L. Kerr*
Jessica L. Kerr, Esquire
Florida Bar No. 92810
